**DISMISS; and Opinion Filed April 7, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01682-CV

**CRYSTAL NOBLE, Appellant**
**V.**
**ALDEN SHORT INC., Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC13-05981-C**

## MEMORANDUM OPINION

Before Chief Justice Wright, and Justices Lang-Miers and Brown
Opinion by Justice Lang-Miers

Both the filing fee and the clerk's record in this case are overdue. By postcard dated December 5, 2013, we notified appellant the $195 filing fee was due. We directed appellant to remit the fee within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. By letter dated January 29, 2014, we informed appellant that we had been notified by the Dallas County District Clerk that the clerk's record in this case had been prepared but had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide the Court with written verification that she had paid for or made arrangements to pay for the clerk's record or that she had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that if we did not receive the required verification, we might dismiss the

appeal without further notice.  To date, appellant has not paid the filing fee, provided the required verification, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE


131682F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CRYSTAL NOBLE, Appellant

No. 05-13-01682-CV          V.

ALDEN SHORT INC., Appellee

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC13-05981-C.
Opinion delivered by Justice Lang-Miers.
Chief Justice Wright and Justice Brown
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee ALDEN SHORT INC. recover its costs of this appeal from appellant CRYSTAL NOBLE.

Judgment entered this 7th day of April, 2014.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE

–3–